UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

U.S. COMMODITY FUTURES
TRADING COMMISSION,

       Plaintiff,

v.                                    Case No:  2:15-cv-237-FtM-38CM

DORIAN GARCIA, DG WEALTH
MANAGEMENT, MACROQUANTUM
CAPITAL LLC and UKUSA
CURRENCY FUND LP,

       Defendants.
_____/

## **ORDER**[1]

      This matter comes before the Court on Plaintiff U.S. Commodity Futures Trading Commission's Motion for Telephone Status Call on May 12, 2015 (Doc. #36) filed on May 11, 2015.  Plaintiff requests a telephone status call with the Court and Defendants Dorian Garcia, DG Wealth Management, Macroquantum Capital LLC, and UKUSA Currency Fund LP to confirm whether the parties should appear before the Court on May 13, 2015, to argue the pending Motion for Preliminary Injunction (Doc. #21).  (Doc. #36 at 1).  The instant motion comes on the heels of Defendants' Motion to Stay (Doc. #32) and their request to cancel the preliminary injunction hearing (Doc. #31), both of which Plaintiff opposes (Doc. #37; Doc. #38).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Because the parties' disagree over key points in the pending Motion for Preliminary Injunction (Doc. #21; Doc. #31; Doc. #37) and Motion to Stay (Doc. #32; Doc. #38), the Court will not cancel the hearing set for May 13, 2015, a 9:30 AM.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff U.S. Commodity Futures Trading Commission's Motion for Telephone Status Call on May 12, 2015 (Doc. #36) is **DENIED**.

(2) Defendants' request to cancel the May 13, 2015 preliminary injunction hearing, as made in Defendants' Response to Plaintiff's Motion for Preliminary Injunction (Doc. #31), is **DENIED**.

(3) Plaintiff's Motion for Preliminary Injunction (Doc. #21) **remains** set for hearing on **May 13, 2015, at 9:30 AM** before the undersigned in the United States Courthouse, 2110 First Street, Fort Myers, Florida 33901, in Courtroom 5F. Counsel for Plaintiff and Defendants must appear in person as telephonic appearances are not permitted.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of May, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record