UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.                                          Case No:  2:15-cv-237-FtM-38CM

DORIAN GARCIA, DG WEALTH MANAGEMENT, MACROQUANTUM CAPITAL LLC and UKUSA CURRENCY FUND LP,

    Defendants.
_____/

## ORDER

This matter comes before the Court on the Unopposed Motion to Reschedule the Preliminary Pretrial Conference (Doc. #59) filed on June 23, 2015.  Counsel moves the Court for a continuance to the preliminary pretrial conference currently scheduled for July 6, 2015.  As grounds, Counsel indicates that moving forward with the hearing on that date would require travel during a holiday weekend.  Opposing Counsel does not object to a continuance.  The Court, having considered the motion, finds good cause and will grant the relief requested as outlined below.

Accordingly, it is now

**ORDERED:**

The Unopposed Motion to Reschedule the Preliminary Pretrial Conference (Doc. #59) is **GRANTED**.  The preliminary pretrial conference will be rescheduled for July 13, 2015 at 2:30 P.M.  The Clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 25th day of June, 2015.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record